# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DARNELL JOY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>B. LASZUK, *et al*.,<br><br>　　　　　　Defendants. | Case No. 1:16-cv-01652-LJO-EPG (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(ECF Nos. 12, 13, 36) |

Plaintiff Eric Darnell Joy is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On November 1, 2016, Plaintiff filed the complaint commencing this action. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 11, 2017, Magistrate Judge Erica P. Grosjean entered findings and recommendations recommending that all claims and defendants, except for Plaintiff's claim for unconstitutional conditions of confinement under the Eighth Amendment against Defendants Laszuk, Valdez, and Garcia, be dismissed. (ECF No. 36). Plaintiff was provided an opportunity to file objections to the findings and recommendations within fourteen days. The fourteen-day period has expired and Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file,

1

the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on December 11, 2017 are ADOPTED IN FULL; and

2. Pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e)(2)(B)(ii) all claims and defendants, except for Plaintiff's claim for unconstitutional conditions of confinement under the Eighth Amendment against Defendants Laszuk, Valdez, and Garcia, are DISMISSED

IT IS SO ORDERED.

Dated: **December 28, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE